UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHERYL CROWE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PINCKNEY COMMUNITY SCHOOLS, *et al.*, <br><br> Defendants. | Case No. 24-cv-11745 <br> Honorable Shalina D. Kumar <br> Magistrate Judge Elizabeth A. Stafford |

**ORDER GRANTING PLAINTIFF'S ORAL MOTION TO COMPEL RULE 30(b)(6) DEPOSITION**

The Court held a status conference on June 11, 2025, about plaintiffs' attempts to depose a representative for Defendant Pinckney Community Schools (PCS) under Federal Rule of Civil Procedure 30(b)(6).[1] Based on the "availability" of the witness and co-counsel for both firms representing defendants, PCS responded that the witness could not be deposed until September 2025. PCS offered no concrete explanation why the deposition could not take place any sooner.

---

[1] The Honorable Shalina D. Kumar referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 21.

Plaintiffs made an oral motion to compel the Rule 30(b)(6) deposition, which the Court **GRANTED** on the record. The deposition must take place by **August 1, 2025**.

s/Elizabeth A. Stafford<br>
ELIZABETH A. STAFFORD<br>
United States Magistrate Judge

Dated: June 11, 2025

### NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

### CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 11, 2025.

s/Davon Allen<br>
DAVON ALLEN<br>
Case Manager